AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>SCOTT MICHAEL WILLIAMS,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 12-5044-Snow<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 5, 2012__ in the county of __Monroe__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)<br>18 U.S.C. § 922(g)(1) | The defendant, SCOTT MICHAEL WILLIAMS, did knowingly possess matter containing any visual depiction of a minor engaging in sexually explicit conduct, which was shipped or transported or made with materials shipped or transported in interstate or foreign commerce, including by computer.<br><br>Further, the defendant, SCOTT MICHAEL WILLIAMS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jon P. Bentsen, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/6/2012

_____
*Judge's signature*

City and state: Key West, Florida

Lurana S. Snow, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jon P. Bentsen ("Your Affiant"), having been first duly sworn, do hereby depose and state as follows:

1. Your Affiant is a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.

2. Your Affiant has been employed as a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) since April 2008. During that time, I have received training from the Federal Law Enforcement Training Center in Glynco, Georgia. As such, I am responsible for investigations of offenses under Titles 8, 18, 19, and 21 of the United States Code. Further, as part of my duties, I investigate crimes involving the sexual exploitation of minors, including, but not limited to the production, possession and distribution of child pornography. I received training on the proper investigative techniques for these violations, including the application and execution of arrest warrants. I have also participated in the application and execution of search warrants and have made arrests.

3. Your Affiant has participated in investigation involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation. As an HSI Special Agent, I have observed and reviewed examples of child pornography. I also have assisted in several child pornography and child exploitation

investigations, which have involved reviewing examples in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4. This affidavit is made in support of a criminal complaint against Scott Michael Williams ("WILLIAMS") for knowingly possessing matter containing any visual depiction of a minor engaging in sexually explicit conduct, which was shipped or transported or made with materials shipped or transported in interstate or foreign commerce, including by computer, in violation of Title 18, United States Code, Section 2252(a)(4) and for knowingly possessing a firearm and ammunition after having been previously convicted of a felony, in violation of Title 18, United States Code, Section 922(g)(1).

5. The following information is based on my personal knowledge of this investigation and information provided to me by other law enforcement officers. Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not include every fact known to me in connection with this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that WILLIAMS has committed violations of Title 18, United States Code, Sections 2252(a)(4) and 922(g)(1).

6. On or about July 30, 2012, Your Affiant, using investigative software, identified a computer user on the eDonkey and Gnutella peer-to-peer file-sharing networks whose shared folder had files in it believed to depict child pornography. Specifically, Internet Protocol (IP) address assigned 75.74.19.26 (hereinafter, the "Target IP Address") was listed as sharing one thousand sixty-five (1,065) files with hash values

unique to filed previously identified as images that appear to depict child pornography. The investigative software further revealed that the one thousand sixty-five (1,065) files were available to other network users for sharing between March 2, 2012 and July 1, 2012.

7. From July 30, 2012 through October 10, 2012, Your Affiant was able to download several files depicting images of child pornography directly from the Target IP Address. The files included filed that were seen on both the Gnutella network and eDonkey network and included both video and picture files.

8. The following files are examples of the files containing child pornography associated with the Target IP Address and do not include every file that Your Affiant was able to download from the Target IP Address:

  a. On July 30, 2012, at approximately 7:04 p.m., I was able to download a movie file titled, "pthc Pedoland Frifam 6yo Gisela Fuck.mpg" with a SHA1 hash value F4GFXVWNXEWCGE2HFNDVXGHD2AJIQ4WN[1] directly from the Target IP Address. I viewed the movie file, which was approximately forty-four (44) seconds in duration and depicted a female minor, who appears to be under the age

---

[1] Peer-to-peer computer software utilizes different methods to ensure that two files are identical. The eDonkey network uses a modified MD4 (Message-Digest Algorithm) hash algorithm known as an eD2K hash algorithm. The Gnutella network uses a SHA1 (Secure Hash Algorithm Version 1) has algorithm.

Generally, hashing is simply a method of using a formula (or a hash algorithm) to store large data sets as smaller data sets in a computerized database, allowing for a more expedient subsequent data search. Application of a hash algorithm to a data set yields hash values, which are unique to the data set from which they are derived. By comparing these unique signatures, it can be concluded that two files are, or are not, identical with a precision that greatly exceeds 99.99 percent certainty. There has never been a documented occurrence of two different files being found on the Internet having different content while sharing the same hash value. Accordingly, a hash value may be considered a signature or fingerprint.

3

of thirteen (13), removing her underwear, spreading her legs, and exposing her vagina. An adult male then rubbed his erect penis on the girl's vagina. Your Affiant considers this image to be child pornography.

      b.      On August 7, 2012, at approximately 7:29 p.m., I was able to download a movie file titled, "8Yo-Real Child Porn!!!(Preteen Pedo Pthc Kiddy Incest) Anal Cum.mpg" with an eD2K hash value DB51D876D63560CA7C812481177BA0F4 directly from the Target IP Address. I viewed the movie file, which was approximately thirty-nine (39) seconds in duration and depicted a female minor, who appeared to be under the age of thirteen (13), nude, lying down with her legs spread open, and exposing her vagina. The movie then showed the female child spreading her vagina while an adult male ejaculated onto her genitals. Your Affiant considers this image to be child pornography.

      c.      On August 23, 2012, at approximately 8:12 a.m., I was able to download a movie file titled, "!New!(Pthc)Niece Series2 (5y Full Penetration) (62m20s).mpg" with a SHA1 hash value F2FBBN2LONK36CUK2U63NASMZHI7VWMT directly from the Target IP Address. I viewed the movie file, which was approximately sixty-two (62) minutes and twenty (20) seconds in duration. It depicted a female minor, who appeared to be under the age of ten (10), lying naked, while an adult male performed oral sex on her. The adult male then rubbed his erect penis on the female child's vagina and attempted to penetrate her. The adult male also ejaculated on the child. Your Affiant considers this image to be child pornography.

d. On September 28, 2012, at approximately 3 a.m., I was able to download a movie file titled, "Webcam PT – 2010 Frifam 11Yo Evelyn PTHC 9Yo Lizka mast on webcam_mpeg4girls (Very good).avi" with a SHA1 hash value CW6J2FTE7KH3MCPUGGFYIYRPFOHSAEJX directly from the Target IP Address. I viewed the movie file, which was approximately eleven (11) minutes and fifteen (15) seconds in duration. It depicted two (2) female minors, who appeared to be under the age of fifteen (15). During the movie, one of the female children spread her legs to expose her vagina and began to masturbate. The other girl exposed her breasts on camera. Additionally, one of the female minors turned around and exposed her anus. Your Affiant considers this image to be child pornography.

9. A search of a publicly-available online database indicated that the Target IP Address resolved back to an Internet Service Provider (ISP) issued by Comcast Cable Communications. Records obtained from Comcast Cable Communications revealed that, on the date and time when the files were downloaded, the Target IP Address was assigned to an account registered to an identified subscriber, "Scott Williams," at 3314 Northside Drive, Apt. 53, Key West, Florida, 33040 (hereinafter, the "Residence").

10. On November 28, 2012, the Honorable Chris M. McAliley, United States Magistrate Judge for the Southern District of Florida, signed a federal warrant authorizing the search of the Residence and any computer and storage media located therein, for all visual depictions, including still images, videos, films or other recordings of child pornography or minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and any mechanism capable of being used for the receipt or storage of the same, as well as related evidence.

11. On December 5, 2012, at approximately 7:30 a.m., Your Affiant, along with several other law enforcement officers, executed the search warrant, described in the above paragraph, at the Residence. There, a forensic preview of a HP Pavilion laptop computer, Serial Number 5CD1362ZX4, belonging to WILLIAMS, revealed sixteen (16) movie files that were viewed by law enforcement and which depicted images of child pornography. The laptop was located in WILLIAMS' locked bedroom, for which only WILLIAMS possessed the key. Over 600 additional movie files, which had file names consistent with child pornography but were not viewed by law enforcement, were found on the same HP Pavilion laptop.

12. In addition to the sixteen (16) movie files viewed on the HP Pavilion laptop, there were four (4) files found and viewed by Certified Forensic Agents (CFAs), which were the identical movie files downloaded by Your Affiant on the dates and times, predicated upon their hash values, as more fully described above in paragraphs 4(a), 4(b), 4(c), and 4(d).

13. Additionally during the search of the Residence, law enforcement discovered a Springfield XD .40 caliber firearm. The firearm was located underneath two pairs of jeans in the closet of WILLIAMS' locked bedroom. The firearm had a magazine with eleven (11) rounds of ammunition loaded in it. In a desk drawer, in WILLIAMS' bedroom, law enforcement discovered a "Bill of Sale," which included a description of the firearm and serial number, the seller's information, and listed the buyer as "Scott Williams" with a corresponding signature.

14. During an interview in a van outside the Residence, WILLIAMS waived his *Miranda* rights both verbally and in writing. WILLIAMS also provided a signed

written statement. In his statement, WILLIAMS admitted to possessing hundreds of movies of child pornography on his HP Pavilion laptop and explained that he obtained the child pornography files using peer-to-peer software. WILLIAMS also stated that he was the only one with access to both his bedroom and laptop. WILLIAMS further stated that he was aware that files of child pornography located in his "shared folder" could be, and were being downloaded by other individuals utilizing the same peer-to-peer software.

15. Additionally, WILLIAMS stated that he knew he was a convicted felon; that the firearm located in his closet was purchased by him; and that he was aware it was illegal to be in possession of it.

16. A criminal records check of WILLIAMS revealed an arrest history with at least one felony conviction in Monroe County, Florida, specifically, a felony conviction for burglary of an unoccupied structure/conveyance (Monroe County Clerk of Court case number 8500114-CF).

17. On December 5, 2012, Your Affiant contacted SA James VanVliet, IV, a Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) nexus expert and verbally described the firearm and ammunition to him. Based on the details provided to SA VanVliet, he determined that the firearm and ammunition were manufactured outside the State of Florida, and thus had traveled in interstate commerce, based upon their presence in the State of Florida on December 5, 2012.

18. Based upon the videos of child pornography found on the hard drive of the HP Pavilion laptop and the statements made by WILLIAMS on December 5, 2012, I submit that there is probable cause to believe that WILLIAMS did knowingly possess matter containing any visual depiction of a minor engaging in sexually explicit conduct,

which was shipped or transported or made with materials shipped or transported in interstate or foreign commerce, including by computer, in violation of Title 18, United States Code, Section 2252(a)(4).

19. Additionally, based on the above facts and statements of WILLIAMS, I submit that there is probable cause to believe that, on December 5, 2012, in Monroe County, in the Southern District of Florida, WILLIAMS, a person previously convicted of a felony, was in possession of a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1).

FURTHER YOUR AFFIANT SAYETH NOT.

Jon P. Bentsen, Special Agent
Homeland Security Investigations

Sworn and subscribed to before me
this 6 day of December, 2012.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

8