UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-5044-SNOW

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

SCOTT MICHAEL WILLIAMS,
        Defendant.
_____:

**DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL**

      The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

      The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any

contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

                                        Respectfully submitted,

                                        MICHAEL CARUSO
                                        FEDERAL PUBLIC DEFENDER

                            By:  s/ *Daryl E. Wilcox*
                                Daryl E. Wilcox
                                Assistant Federal Public Defender
                                Florida Bar No.  838845
                                One E. Broward Boulevard, Suite 1100
                                Fort Lauderdale, FL 33301-1842
                                (954) 356-7436
                                (954) 356-7556, Fax
                                Daryl_Wilcox@FD.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        By:  s/ *Daryl E. Wilcox*
                                              Daryl E. Wilcox

J:\Williams, Scott Reg01271-104\Pleadings\Invocation.motion.Male.wpd

## SERVICE LIST
## UNITED STATES v. SCOTT MICHAEL WILLIAMS
## CASE NO. 12-5044-SNOW
### United States District Court, Southern District of Florida

| | |
|---|---|
| Michael J. Garofola, Esq. | Daryl E. Wilcox, Esq. |
| michael.j.garofola@usdoj.gov | daryl_wilcox@fd.org |
| Assistant United States Attorney | Assistant Federal Public Defender |
| 99 NE 4th Street | One E. Broward Boulevard, Suite 1100 |
| Miami, FL 33132-2111 | Fort Lauderdale, FL 33301-1842 |
| 305-961-9151 | 954-356-7436 |
| 305-530-7976, fax | 954-356-7556, fax |
| Attorney for the Government | Attorney for Scott Michael Williams |
| Notices of Electronic Filing | Notices of Electronic Filing |