

FILED by CF D.C.
ELECTRONIC
Dec 21, 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-10029-CR-KING/MCALILEY

18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 2252(a)(2) & (b)(1)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 2253
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

SCOTT WILLIAMS,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### 18 U.S.C. § 2251(a) & (e)
### (Production of Child Pornography)

On or about April 13, 2012, in Monroe County, in the Southern District of Florida, the defendant,

**SCOTT WILLIAMS,**

did use, persuade, induce, entice, and coerce a minor, that is, Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
## 18 U.S.C. § 2251(a) & (e)
## (Production of Child Pornography)

On or about August 18, 2012, in Monroe County, in the Southern District of Florida, the defendant,

### SCOTT WILLIAMS,

did use, persuade, induce, entice, and coerce a minor, that is, Victim #2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3
## 18 U.S.C. § 2252(a)(2) & (b)(1)
## (Distribution of Child Pornography)

On or about July 30, 2012, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

### SCOTT WILLIAMS,

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT 4
### 18 U.S.C. § 2252(a)(4)(B) & (b)(2)
### (Possession of Child Pornography – HP Pavilion Laptop)

On or about December 5, 2012, in Monroe County, in the Southern District of Florida, the defendant,

### SCOTT WILLIAMS,

did knowingly possess matter, that is, a Hewlett Packard Pavilion laptop computer, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

### COUNT 5
### 18 U.S.C. § 2252(a)(4)(B) & (b)(2)
### (Possession of Child Pornography – SanDisk 1 Gigabyte SD Card)

On or about December 5, 2012, in Monroe County, in the Southern District of Florida, the defendant,

### SCOTT WILLIAMS,

did knowingly possess matter, that is, a SanDisk 1 gigabyte SD card, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor

3

engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

### COUNT 6
### 18 U.S.C. § 922(g)(1)
### (Felon in Possession of a Firearm)

On or about December 5, 2012, in Monroe County, in the Southern District of Florida, the defendant,

**SCOTT WILLIAMS,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### CRIMINAL FORFEITURE

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SCOTT WILLIAMS**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2251 or 2252, the defendant shall forfeit all of his right, title and interest to the United States in the following property pursuant to Title 18, United States Code, Section 2253:

(a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, Title 18, United States Code;

4

      (b)    any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation; and

      (c)    any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property.

3.    The property which is subject to forfeiture under Title 18, United States Code, Section 2253, includes, but is not limited to, the following:

      (a)    one (1) HP Pavilion laptop computer;

      (b)    one (1) SanDisk 1 gigabyte SD card;

      (c)    one (1) Samsung Digimax digital camera; and

      (d)    one (1) Casio Exilim digital camera.

4.    Upon conviction of a violation of Title 18, United States Code, Section 922, the defendant, **SCOTT WILLIAMS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), as made applicable hereto by Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the commission of said violation.

5.    The property subject to forfeiture under Title 18, United States Code, Section 924(d)(1) includes, but is not limited to, the following:

- One (1) Springfield XD .40 caliber firearm; and
- One (1) magazine clip, containing eleven (11) rounds of .40 caliber ammunition.

All pursuant to the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
VANESSA S. JOHANNES
ASSISTANT UNITED STATES ATTORNEY

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

SCOTT WILLIAMS,

          Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

____ Miami    X Key West
____ FTL    ____ WPB    ____ FTP

New Defendant(s)    Yes ____    No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    NO
   List language and/or dialect _____

4. This case will take    5-7    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)            (Check only one)

   I    0 to 5 days    ____      Petty    ____
   II    6 to 10 days    X      Minor    ____
   III    11 to 20 days    ____      Misdem.    ____
   IV    21 to 60 days    ____      Felony    X
   V    61 days and over    ____

6. Has this case been previously filed in this District Court? (Yes or No)    NO
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    YES
   If yes:
   Magistrate Case No.    12-mj-05044-LSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    12/05/2012
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes    X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes    X No

                                                       _____
                                                       Vanessa S. Johannes
                                                       ASSISTANT UNITED STATES ATTORNEY
                                                       Florida Bar No./Court No. A5501644

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SCOTT WILLIAMS

**Case No:** _____

Counts: 1-2

Production of Child Pornography

Title 18, United States Code, Sections § 2251(a) & (e)

**\* Max. Penalty**: 30 years' imprisonment

Count: 3

Distribution of Child Pornography

Title 18, United States Code, Sections § 2252(a)(2) & (b)(1)

**\*Max. Penalty:** 20 years' imprisonment

Counts: 4-5

Possession of Child Pornography

Title 18, United States Code, Sections § 2252(a)(4)(B) & (b)(2)

**\*Max. Penalty:** 10 years' imprisonment

Count: 6

Felon in Possession of a Firearm

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** 10 years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.